IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| JIMMY BOLEWARE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:11cv338-MHT |
| | ) | (WO) |
| SL ALABAMA, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER AND OPINION**

On August 8, 2011, the magistrate judge filed a recommendation in this case to which no timely objections have been filed. Upon an independent and de novo review of the file in this case and upon consideration of the recommendation of the magistrate judge, it is ORDERED and ADJUDGED that the recommendation of the magistrate judge (Doc. # 13) is adopted and that the plaintiff's motion for default judgment (Doc. # 6) is denied.

Done this the 24th day of August, 2011.

　　　　　　　　　　　　　　　　　　　　/s/   Myron H. Thompson
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE